209 So.2d 37

**Joseph HARDY, individually and as natural tutor of the minor child, David Hardy**

v.

**Julia B. BYE, wife of/and Albert A. Bye, Lumbermen's Mutual Casualty Company et al.**

No. 49196.

April 23, 1968.

In re: Joseph Hardy, individually and as natural tutor of the minor child, David Hardy, applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of St. Bernard. 207 So.2d 198.

The application is denied. According to the facts of the case, as found to be by the Court of Appeal, there appears no error of law in its judgment.